BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILIP NICOLA** | Case No. CIV-08-1662 GGH |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 23, 2009, to September 16, 2009.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through the beginning of September  2009 and scheduled vacation.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: June 22, 2009 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: June 23, 2009 | | Lawrence G. Brown |
| | | Acting United States Attorney |
| | | */s/ Jacqueline Forslund*<br>JACQUELINE FORSLUND<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 25, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

nicola.eot

2